IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC. | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:11-cv-00690-SWW |
| | * | |
| | * | |
| DENA M PATTERSON AND | * | |
| BREWSTER "2" CAFÉ, LLC D/B/A | * | |
| BREWSTERS "2" CAFÉ, | * | |
| | * | |
| Defendants. | * | |

ORDER

Plaintiff J & J Sports Productions, Inc. brings this action against defendants Dena M. Patterson and Brewster "2" Café, LLC d/b/a Brewsters "2" Café alleging defendants violated plaintiff's rights as the exclusive commercial domestic distributor of the televised fight program, *"Number One" Floyd Mayweather, Jr. v. Juan Marquez Championship Fight Program.* On October 13, 2011, Plaintiff filed proof of service as to Brewster "2" Café, LLC d/b/a Brewsters "2" Café. On December 8, 2011, plaintiff filed a motion to extend by 120 days the time in which to effect service of process on Dena M. Patterson [doc.#3]. Plaintiff stated that since the commencement of this action, it has served Brewsters "2" Café, LLC d/b/a Brewsters "2" Café and has been attempting to serve Dena M. Patterson pursuant to Ark.R.Civ.P. 4 and 5, including service by certified restricted mail and personal service by process server, but has been unsuccessful. Plaintiff stated that "[i]t is felt as she is aware of the suit and she is evading service."

By Order entered December 12, 2011 [doc.#14], the Court granted Plaintiff's

motion to extend the time in which effect service of process. The time for Plaintiff to effect service of process was extended 120 days from the date of entry of the December 12, 2011 Order. However, there has been no relevant case activity since the entry of the Court's December 12, 2011 Order.

The Court orders that Plaintiff file proof of service on Dena M. Patterson no later than April 15, 2013. In addition, the Court orders that Plaintiff file a status report on this action no later than April 15, 2013. If Plaintiff fails to comply with this Order, the Court will be inclined to dismiss this action for failure to prosecute.

IT IS SO ORDERED this 3rd day of April 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE