IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

J & J SPORTS PRODUCTIONS, INC.          *
                                        *
                      Plaintiff,        *
vs.                                     *        No. 4:11-cv-00690-SWW
                                        *
                                        *
BREWSTER "2" CAFÉ, LLC D/B/A            *
BREWSTERS "2" CAFÉ,                     *
                                        *
                      Defendant.        *

## ORDER

The motion [doc.#42] of Josh E. McHughes to withdraw as attorney of record for

plaintiff J & J Sports Productions, Inc., is hereby granted.  Thomas P. Riley and Becky A.

McHughes remain as counsel of record for plaintiff.

IT IS SO ORDERED this 9th day of June 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE