IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC. | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:11-cv-00690-SWW |
| | * | |
| | * | |
| BREWSTER "2" CAFÉ, LLC d/b/a | * | |
| BREWSTERS "2" CAFÉ, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Pursuant to the Opinion and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that judgment be entered in favor of J & J Sports Productions, Inc. in the amount of $8,800.00.

IT IS SO ORDERED this 2nd day of October 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE